**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Theresa Morris aka Theresa B. Evans<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 25-10649 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
25 Feb 2025, 12:13:34, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322