UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Theresa Morris**   :   CHAPTER  13
:
:
DEBTOR   :Bankruptcy No.: **25-10649**

# ORDER OF COURT

**AND NOW**, this ___7th___ day of ___March___, 2025. ~~, it~~ it is hereby **ORDERED** that the Debtor may have until **March 19, ~~X,~~ 2025,** to file the Schedules & Statements in the above-captioned case.

BY THE COURT:

*/s/ Ashely M. Chan*