*Form 242* (3/23)–doc 28 – 27

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Theresa Morris ) | Case No. 25–10649–amc |
|    aka Theresa B. Evans ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [27] Response

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☑ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: Incorrect PDF attached

In order for this matter to proceed, please submit the above noted correction on or before July 25, 2025, otherwise, the matter will be referred to the Court.

Date: July 11, 2025

For The Court

Timothy B. McGrath
Clerk of Court