IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Theresa Morris** | : | CHAPTER 13 |
| | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.: **25-10649\amc** |

## DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. The averments of this paragraph refer to a written instrument that speaks for itself and is therefore deemed denied.

2. Denied. The averments of this paragraph are conclusions of law to which a responsive pleading is not required under the rules of procedure and therefore deemed denied.

3. The averments of this paragraph refer to written instruments that speaks for itself and are therefore deemed denied.

4. The averments of this paragraph refer to a written instrument that speaks for itself and are therefore deemed denied.

5. The averments of this paragraph refer to written instruments that speaks for itself and are therefore deemed denied.

6. After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

7. After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

8. The averments of this paragraph refer to a written instrument that speaks for itself and are therefore deemed denied. By way of further response, after reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

9. The averments of this paragraph refer to a written instrument that speaks for itself and are therefore deemed denied.

10. The averments of this paragraph refer to written instruments that speaks for itself and are

     therefore deemed denied.

11.-13.  After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

14.     The averments of this paragraph refer to written instruments that speaks for itself and are therefore deemed denied.

15.     Denied. The averments of this paragraph are conclusions of law to which a responsive pleading is not required under the rules of procedure and therefore deemed denied.

16.     After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

17.     Denied. The averments of this paragraph are conclusions of law to which a responsive pleading is not required under the rules of procedure and therefore deemed denied.

18.     After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

**WHEREFORE**, the Debtor requests that this Honorable Court deny Movant's Motion for Relief from Stay.

                                        **\s\ Michael D. Sayles, Esquire**
                                        Michael D. Sayles, Esquire
                                        427 West Cheltenham Avenue
                                        Suite #2
                                        Elkins Park, PA  19027
                                        (215) 635-2270