United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10649-amc |
| Theresa Morris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Morris, 1924 West Erie Avenue, Philadelphia, PA 19140-3925 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 19, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Theresa Morris midusa1@comcast.net midusa1@outlook.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ON BEHALF OF THE CERTIFICATE HOLDERS OF THE HSI ASSET SECURITIZATION CORPORATION TRUST 2007-HE2 mimcgowan@raslg.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

SHERRI DICKS
    on behalf of Creditor Deutsche Bank National Trust Company sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Theresa Morris**  :  CHAPTER 13
:
:
:
Debtor  :  Bankruptcy No.: **25-10649\amc**

<u>DEBTOR'S ANSWER TO MOTION FOR RELIEF
FROM AUTOMATIC STAY</u>

1. The averments of this paragraph refer to a written instrument that speaks for itself and is therefore deemed denied.

2. Denied. The averments of this paragraph are conclusions of law to which a responsive pleading is not required under the rules of procedure and therefore deemed denied.

3. The averments of this paragraph refer to written instruments that speaks for itself and are therefore deemed denied.

4. The averments of this paragraph refer to a written instrument that speaks for itself and are therefore deemed denied.

5. The averments of this paragraph refer to written instruments that speaks for itself and are therefore deemed denied.

6. After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

7. After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

8. The averments of this paragraph refer to a written instrument that speaks for itself and are therefore deemed denied. By way of further response, after reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

9. The averments of this paragraph refer to a written instrument that speaks for itself and are therefore deemed denied.

10. The averments of this paragraph refer to written instruments that speaks for itself and are

      therefore deemed denied.

11.-13. After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

14.     The averments of this paragraph refer to written instruments that speaks for itself and are therefore deemed denied.

15.     Denied. The averments of this paragraph are conclusions of law to which a responsive pleading is not required under the rules of procedure and therefore deemed denied.

16.     After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

17.     Denied. The averments of this paragraph are conclusions of law to which a responsive pleading is not required under the rules of procedure and therefore deemed denied.

18.     After reasonable investigation, Respondent is without knowledge, information or belief sufficient to form a belief as to the truth of the averment of this paragraph and therefore deemed denied.

**WHEREFORE**, the Debtor requests that this Honorable Court deny Movant's Motion for Relief from Stay.

                                              **\s\ Michael D. Sayles, Esquire**
                                              Michael D. Sayles, Esquire
                                              427 West Cheltenham Avenue
                                              Suite #2
                                              Elkins Park, PA  19027
                                              (215) 635-2270