UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Theresa Morris**        :        Chapter 13

                                 :

                                 :

        Debtor        :        Bankruptcy No.: **25-10649\amc**

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor** has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one**. (**If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on *November 18, 2025 at 11:00 P.M., in Courtroom #4,* United States Bankruptcy Court United States Bankruptcy Court, 900 Market Street, Philadelphia PA.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

4.
    Date: **October 12, 2025**

                                                          \s\ **Michael D. Sayles, Esquire**
                                                          Michael D. Sayles, Esquire
                                                          PO Box 11222
                                                          Elkins Park, PA 19027
                                                          215.635.2270
                                                          midusa1@comcast.net