# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Theresa Morris aka Theresa B. Evans**<br>Debtor<br><br>**Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2**<br>Secured Creditor<br>vs.<br><br>**Theresa Morris aka Theresa B. Evans**<br>Debtor | CHAPTER 13<br>BK. NO. 25-10649 AMC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Responses to Debtor's Requests for Admission were served by first class mail, postage pre-paid, upon the parties listed below on **November 6, 2025**.

Michael D. Sayles Esq.
427 West Cheltenham Ave. Suite #2
Elkins Park, PA 19027

Date: November 6, 2025

By: /s/ Matthew Fissel
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com