# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Theresa Morris aka Theresa B. Evans**<br>　　　　　　　　　　Debtor<br><br>**Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2**<br>　　　　　　　　　　Secured Creditor<br>　　vs.<br><br>**Theresa Morris aka Theresa B. Evans**<br>　　　　　　　　　　Debtor | CHAPTER 13<br>BK. NO. 25-10649 AMC |

## **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Responses to Debtor's Requests for Production of Documents were served by first class mail, postage pre-paid, upon the parties listed below on **November 6, 2025**.

Michael D. Sayles Esq.
427 West Cheltenham Ave. Suite #2
Elkins Park, PA 19027

Date: November 6, 2025

　　　　　　　　　　　　　　　　　　　　By: /s/ Matthew Fissel
　　　　　　　　　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com