UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Theresa Morris**  :  CHAPTER 13
 :
 :
DEBTOR  :  Bankruptcy No.: **25-10649\amc**

## PRAECIPE OF DEBTOR TO WITHDRAW OBJECTION TO PROOF OF CLAIM

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **Debtor's Objection to Proof of Claim Number 9: Deutsche Bank National Trust Company: Docket Entry # 38 & 39, for the record.**

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: **November 17, 2025**