UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In re: **Theresa Morris**         :         Bankruptcy No.: **25-10649**

                                  :

                                  :

DEBTOR                            :         CHAPTER  13


## PRAECIPE OF DEBTOR TO WITHDRAW
## AMENDED CHAPTER 13 PLAN


**To the Clerk, United States Bankruptcy Court:**

Kindly withdraw DEBTOR'S AMENDED CHAPTER 13 PLAN

At Docket Number 46 & filed on January 12, 2026, for the record.



                    Respectfully Submitted,


                    By: \s\ **Michael D. Sayles, Esquire**
                         Michael D. Sayles
                         Attorney for Debtor



Dated: **March 23, 2026**