United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10649-amc |
| Theresa Morris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 24, 2026 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Morris, 1924 West Erie Avenue, Philadelphia, PA 19140-3925 |
| 14979735 | + | American Heritage FCU, 3110 Grant Avenue, Philadelphia, PA 19114-2542 |
| 14979739 | + | Comenity Capital Bank/NWYR&CO, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14982059 | + | Deutsche Bank National Trust Company, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14979746 | + | Eckert Seamans, 50 South 16 Street, 22nd Floor, Philadelphia, PA 19102-2523 |
| 14979750 | + | Larry A. Evans, 1061 Levick Street, Philadelphia, PA 19111-5409 |
| 14979756 | | Regional Acceptance Corporation, 1424 East Erie Tower, Greenville, NC 27858 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2026 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 25 2026 01:52:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15023846 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 25 2026 02:03:25 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14979734 | | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2026 01:52:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15024366 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 25 2026 02:03:35 | Ally Financial Department, C/O AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 15003386 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 25 2026 02:03:44 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14979736 | + | Email/Text: jvalencia@amhfcu.org | Mar 25 2026 01:52:00 | American Heritage Federal Credit Union, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14979738 | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | City of Philadelphia, c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 15035380 | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | City of Philadelphia Law Department, Tax |

District/off: 0313-2                          User: admin                                    Page 2 of 4

Date Rcvd: Mar 24, 2026                        Form ID: pdf900                          Total Noticed: 50

| | | | |
|---|---|---|---|
| | | | Litigation & Collections Unit, 1401 John F. Kennedy Blvd., 5th Fl., Sui, Philadelphia, PA 19102 |
| 14979760 | | Email/Text: megan.harper@phila.gov | |
| | | Mar 25 2026 01:52:00 | Water Revenue Bureau, City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd., Philadelphia, PA 19102-1595 |
| 15023570 | | Email/Text: megan.harper@phila.gov | |
| | | Mar 25 2026 01:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14979737 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Mar 25 2026 02:03:25 | Capital One, PO box 31293, Salt Lake City, UT 84131-0293 |
| 15036109 | + | Email/Text: megan.harper@phila.gov | |
| | | Mar 25 2026 01:52:00 | City of Philadelphia, Water Department, C/O Megan N. Harper, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1606 |
| 14979740 | + | Email/Text: EDI@CACIONLINE.NET | |
| | | Mar 25 2026 01:52:00 | Consumer ADJ Co., 12855 Resson Ferry Road, Suite #2, Saint Louis, MO 63128-2911 |
| 14979741 | + | Email/Text: bankruptcy@credencerm.com | |
| | | Mar 25 2026 01:52:00 | Credence Resource Management, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 14979742 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Mar 25 2026 01:52:00 | Credit Collections Services, POB 607, Norwood, MA 02062-0607 |
| 14979743 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Mar 25 2026 01:52:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14979744 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Mar 25 2026 02:03:25 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15008902 | + | Email/Text: RASEBN@raslg.com | |
| | | Mar 25 2026 01:52:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15003441 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Mar 25 2026 01:52:00 | Deutsche Bank National Trust Company at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14981850 | ^ | MEBN | |
| | | Mar 25 2026 01:50:34 | Deutsche Bank National Trust Company, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14979745 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Mar 25 2026 01:52:00 | Deutsche National Trust Company, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14979747 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Mar 25 2026 01:52:00 | Jefferson Capital System, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 14979749 | ^ | MEBN | |
| | | Mar 25 2026 01:50:35 | KML Law Group, 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 14979748 | + | Email/Text: bankruptcy@kikoff.com | |
| | | Mar 25 2026 01:52:00 | Kickoff, 75 Broadway, Suite 202, San Francisco, CA 94111-1423 |
| 14979751 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 25 2026 02:03:26 | LVNV Funding LLC, c/o Resurgent Capital Services LP, POB 1269, Greenville, SC 29602-1269 |
| 14989998 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 25 2026 02:03:45 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15001390 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 25 2026 02:03:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14979752 | | Email/Text: camanagement@mtb.com | |
| | | Mar 25 2026 01:52:00 | M & T Bank, POB 900, Millsboro, DE 19966 |
| 14981591 | + | Email/Text: camanagement@mtb.com | |
| | | Mar 25 2026 01:52:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 14979753 | | Email/Text: bankruptcy@ncaks.com | |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Mar 24, 2026 | Form ID: pdf900 | Total Noticed: 50

| | | | | |
|---|---|---|---|---|
| 14979754 | + | Email/Text: bankruptcy@ncaks.com | Mar 25 2026 01:52:00 | NCA, PO Box 550, Hutchinson, KS 67504-0550 |
| 15010219 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 25 2026 01:52:00 | NCA, 327 West 4th Avenue, Hutchinson, KS 67501-4842 |
| 15000905 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2026 01:52:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14979755 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2026 02:03:44 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14996101 | ^ | MEBN | Mar 25 2026 02:03:36 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14990632 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 25 2026 01:50:37 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14985422 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2026 02:03:37 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14979757 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2026 01:52:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14979758 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 25 2026 01:52:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14979759 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 25 2026 01:52:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| | | | Mar 25 2026 01:52:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee on behalf of the certificateholders of the HSI Asset |

District/off: 0313-2                    User: admin                                    Page 4 of 4

Date Rcvd: Mar 24, 2026                  Form ID: pdf900                        Total Noticed: 50

Securitization Corporation Trust 2007-HE2 ekishbaugh@kmllawgroup.com

JORDAN MATTHEW KATZ

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee on behalf of the certificateholders of the HSI Asset
Securitization Corporation Trust 2007-HE2 jkatz@raslg.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee on behalf of the certificateholders of the HSI Asset
Securitization Corporation Trust 2007-HE2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER

on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL D. SAYLES

on behalf of Debtor Theresa Morris midusa1@comcast.net  midusa1@outlook.com

MICHELLE L. MCGOWAN

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ON BEHALF OF THE
CERTIFICATE HOLDERS OF THE HSI ASSET SECURITIZATION CORPORATION TRUST 2007-HE2
mimcgowan@raslg.com

SHERRI DICKS

on behalf of Creditor Deutsche Bank National Trust Company sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 :      **Chapter 13**

  Theresa Morris,                    :

           Debtor(s)            :      **Bky. No. 25-10649AMC**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: March 24, 2026

                                      **ASHELY M. CHAN**
                                      **U.S. BANKRUPTCY JUDGE**