IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Theresa Morris**                    :                    CHAPTER  13

                                             :

                                             :

        DEBTOR                               :                    Bankruptcy No:  **25-10649\amc**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the Proposed Compensation

nor to Application for Administrative Expense has been filed.

Dated: **June 3, 2026**                            Respectfully Submitted,

                                    **\s\ Michael D. Sayles**
                                    Michael D. Sayles
                                    Attorney for Debtor
                                    PO Box 11222
                                    Elkins Park, PA  19027
                                    215-635-2270 (phone)
                                    midusa1@comcast.net