UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Theresa Morris**                )        Chapter 13
                                          )
                                          )
        Debtor                            )
                                          )        Bankruptcy No.: **25-10649\amc**

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection,

counsel fees are allowed in the following amounts:

Total fee award:…….$6,000.00

Court Cost………………$0.00

Amounts already paid by Debtor …….$1,000.00

Net amount to be paid by Trustee:    **$5,000.00**

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

_____
Bankruptcy Court Judge

Dated: June 9, 2026