United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-10649-amc

Theresa Morris                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID**         **Recipient Name and Address**
db         + Theresa Morris, 1924 West Erie Avenue, Philadelphia, PA 19140-3925

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

**Name**         **Email Address**

JOHN ERIC KISHBAUGH, I

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 ekishbaugh@kmllawgroup.com

JORDAN MATTHEW KATZ

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 jkatz@raslg.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER

on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

District/off: 0313-2　　　　　　　　　　User: admin　　　　　　　　　　Page 2 of 2

Date Rcvd: Jun 09, 2026　　　　　　　　Form ID: pdf900　　　　　　　　Total Noticed: 1

MICHAEL D. SAYLES

on behalf of Debtor Theresa Morris midusa1@comcast.net  midusa1@outlook.com

MICHELLE L. MCGOWAN

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ON BEHALF OF THE
CERTIFICATE HOLDERS OF THE HSI ASSET SECURITIZATION CORPORATION TRUST 2007-HE2
mimcgowan@raslg.com

SHERRI DICKS

on behalf of Creditor Deutsche Bank National Trust Company sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Theresa Morris**                                    )            Chapter 13
                                                              )
                                                              )
            Debtor                                            )
                                                              )            Bankruptcy No.: **25-10649\amc**

ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection,

counsel fees are allowed in the following amounts:

Total fee award:.......$6,000.00

Court Cost.................$0.00

Amounts already paid by Debtor .......$1,000.00

Net amount to be paid by Trustee:    **$5,000.00**

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

_____
Bankruptcy Court Judge

Dated: June 9, 2026